| | |
|---|---|
| SHILIKA STRINGFELLOW, )<br>        Plaintiff, )<br>)<br>V. )<br>)<br>JOHN CAYABYAB, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:16-cv-110-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss [D.E. 13] is GRANTED, and plaintiff's motion to amend [D.E. 17] is DENIED as futile. Plaintiff's Title VII claim against defendant is DISMISSED with prejudice. Plaintiff may pursue her state-law tort claims against defendant in North Carolina state court. Defendant's motion for summary judgment [D.E. 24] is DISMISSED as moot.

**This Judgment Filed and Entered on October 13, 2016, and Copies To:**

| | |
|---|---|
| Evett N. Brown | (via CM/ECF Notice of Electronic Filing) |
| Kyle Richard Still | (via CM/ECF Notice of Electronic Filing) |
| Lee M. Whitman, Jr. | (via CM/ECF Notice of Electronic Filing) |

DATE:

October 13, 2016

JULIE RICHARDS JOHNSTON, CLERK

(By) /s/ Nicole Briggeman

Deputy Clerk